PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Quade, Quentin Riley | Docket No. | 0980 2:25CR00023-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Quentin Riley Quade, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 4th day of March 2025, under the following conditions:

**Condition #13: Controlled Substances Prohibition:** Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21U.S.C. 802, unless prescribed by a medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 13, 2025, Mr. Quade's conditions of pretrial release were reviewed with him and he signed said conditions acknowledging he understood his requirements.

**Violation # 1:** It is alleged that Mr. Quade violated the conditions of his pretrial release by using fentanyl on or about March 13, 2025.

**Supporting evidence:** On March 19, 2025, the undersigned made contact with Mr. Quade at his residence. It was at this time he admitted to the undersigned and via a signed document that he last used fentanyl on or about March 13, 2025.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME AND ADD THE ATTACHED CONDITIONS OF PRETRIAL CONDITIONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   March 28, 2025 |
| by | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8
Re: Quade, Quentin Riley
March 28, 2025
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 28, 2025
_____
Date