PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Quade, Quentin Riley | Docket No. | 0980 2:25CR00023-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Quentin Riley Quade, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 4th day of March 2025, under the following conditions:

**Condition #13: Controlled Substances Prohibition:** Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21U.S.C. 802, unless prescribed by a medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 13, 2025, Mr. Quade's conditions of pretrial release were reviewed with him and he signed said conditions acknowledging he understood his requirements.

**Violation # 1:** It is alleged that Mr. Quade violated the conditions of his pretrial release by using fentanyl on or about April 9, 2025.

**Supporting evidence:** On April 10, 2025, the undersigned spoke with Mr. Quade via telephone. It was at that time he admitted to the undersigned, and via a signed document, that he last used fentanyl on or about April 8, 2025.

**Violation # 2:** It is alleged that Mr. Quade violated the conditions of his pretrial release by using fentanyl on or about April 11, 2025.

**Supporting evidence:** It is alleged that Mr. Quade violated the conditions of his pretrial release by using fentanyl on or about April 11, 2025.

On April 14, 2025, Mr. Quade reported to the U.S. Probation Office as directed. At that time, he provided a urinalysis that tested presumptive positive for fentanyl. Mr. Quade readily admitted to a U.S. probation officer, and via a signed document, that he last used fentanyl on or about April 11, 2025.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    April 15, 2025 |
| by | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8

Re: Quade, Quentin Riley
April 15, 2025
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

April 16, 2025
Date