PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 29, 2025**

SEAN F. McAVOY, CLERK

ECF No. 65

| | | | |
|---|---|---|---|
| U.S.A. vs. | Quade, Quentin Riley | Docket No. | 0980 2:25CR00023-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Quentin Riley Quade, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 1st day of July 2025, under the following conditions:

**Condition #13: Controlled Substances Prohibition:** Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21U.S.C. 802, unless prescribed by a medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether is legal under state law.

**Condition #2:** Defendant shall report to the U.S. Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 2, 2025, Mr. Quade's conditions of pretrial release were reviewed with him and he signed said conditions acknowledging he understood his requirements.

<u>**Violation #4:**</u> It is alleged that Mr. Quade violated the conditions of his pretrial release by using fentanyl on or about August 26, and September 2, 2025.

<u>**Supporting evidence:**</u> On August 26, and September 2, 2025, Mr. Quade provided random urinalyses for his treatment provider that were confirmed positive for fentanyl. On September 26, 2025, the undersigned confronted Mr. Quade about this and he denied using the substance but explained that a friend was staying with him at his residence and when Mr. Quade was sleeping his friend would smoke fentanyl in the room.

<u>**Violation #5:**</u> It is alleged that Mr. Quade violated the conditions of his pretrial release by failing to report to the U.S. Probation Office as directed on August 28, 2025, and that he failed to check-in via telephone with the undersigned as directed on September 2, 9, 16, and 23, 2025, as he was previously directed to report to the undersigned every Tuesday via telephone.

<u>**Supporting evidence**</u>: On August 27, 2025, the undersigned spoke with Mr. Quade via telephone and he was directed to report to the U.S. Probation Office at 1 p.m., on August 28, 2025. On August 28, 2025, at 11:04 a.m., the undersigned inquired if he still was going to make the 1p.m. appointment and Mr. Quade responded he would most likely be at the U.S. Probation Office at approximately 1:30 p.m. At 1:34 p.m., Mr. Quade sent the undersigned a text message saying that he would be reporting at approximately 2 p.m., as he was running late. After Mr. Quade failed to report at 2 p.m., the undersigned sent Mr. Quade a text message at 3 p.m. and attempted to call his cellular telephone, but both were unanswered. Ultimately, on August 28, 2025, and he failed to report as directed. On August 29, 2025, at 3:57 p.m., Mr. Quade sent the undersigned a text message apologizing and stated the vehicle he was in broke down and he left his cellular telephone in the car that was towed away.

PS-8
Re: Quade, Quentin Riley
September 26, 2025
Page 2

On July 2, 2025, Mr. Quade was directed to report to the undersigned every Tuesday via telephone. Mr. Quade failed to contact and/or report to the undersigned on September 2, 9, 16, and 23, 2025. On September 26, 2025, the undersigned questioned Mr. Quade about his failure to report on the aforementioned days and he stated that he broke his telephone and he could not recall the undersigned's number. Mr. Quade agreed that he could have contacted the U.S. Probation Office main telephone line to contact the undersigned.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    September 26, 2025

by    s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/29/25
Date